[No. 63069-5-I. Division One. June 14, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. DINDO LOMIBAO PANGILINAN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-01294-1, Charles R. Snyder, J., entered February 17, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Appelwick, JJ.

[No. 63102-1-I. Division One. June 14, 2010.]

MINI-DOZER WORK ET AL., *Appellants,* v. TOSHI KASAHARA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 07-2-07959-9, John P. Erlick, J., entered February 2, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Lau, JJ.

[No. 63113-6-I. Division One. June 14, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK CLARENCE TOLLEFSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-01632-8, Bruce I. Weiss, J., entered March 5, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Schindler, J.

[No. 63134-9-I. Division One. June 14, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. JASON ALLEN SEVERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-04703-9, Michael Heavey, J., entered March 2, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Ellington, JJ.